BELMONT.
August, 1817.

Ohio
v.
Davis.

The prisoner was convicted, and sentenced to the penitentiary for ten years.

## OHIO vs. DAVIS.

Soliciting and inciting another to commit a felony, indictable.

THE indictment contained three counts. The prisoner was acquitted on the first and third counts, and found guilty on the 2d, which charged, " that Asa Davis, late of, &c., being a wicked and evil disposed person, on the first day of August, Anno Domini one thousand eight hundred and sixteen, at Belmont county aforesaid, wickedly and corruptly contriving and intending to inveigle and seduce one Isaac Vandyne, to join him, the said Asa, in uttering and passing false, forged and counterfeit bank bills, did propose to the said Isaac, to receive of him, the said Asa, a certain false, forged, and counterfeit bank bill, purporting to be a bill of the Bank of Virginia, for twenty dollars; and to utter and pass off the same, knowing the same to be counterfeit; and to pay him, the said Asa, one half the amount of the said false, forged and counterfeit bank bill; to the evil example of all others in like case offending, and against the peace and dignity of the state of Ohio."

WRIGHT, for the prisoner, moved, in arrest of judgment, that the second count on which the prisoner was convicted, did not describe any criminal offence.

HAMMOND, contra.

The counsel agreeing, the cause was continued to the next term, to argue the motion in arrest; but the prisoner having escaped, no argument was had or opinion given.

The question, whether soliciting and inciting another, to commit a felony, is an indictable offence, is considered and decided in The King vs. Higgins, 2d East, 5th—see, also, Foster, 195, 125—2d Show., 1—2d Ld. Rayn., 1167—2d Ld. Rayn., 1377—2d Burr, 2494—Fitzg., 263—and 6th East, 464.